320

Dale JONES; George Patterson; Betty Patterson; Elizabeth Rayborn, Plaintiffs—Appellants

v.

ALFA MUTUAL INSURANCE COMPANIES; et al, Defendants.

Alfa Mutual Insurance Companies; Alfa Insurance Corporation, Defendants—Appellees.

No. 05–61082.

United States Court of Appeals, Fifth Circuit.

Feb. 7, 2007.

Brett Woods Robinson, Christopher Brian McDaniel, April Crane Ladner, Hortman, Harlow, Martindale, Bassi & Robinson, Laurel, MS, for Plaintiffs–Appellants.

Ronnie L. Walton, William Wyatt Simmons, Glover, Young, Walton & Tucker, Meridian, MS, Wynn M. Shuford, Mark Christian King, Lightfoot, Franklin & White, Birmingham, AL, for Defendants–Appellees.

Before KING, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Order Denying Class Certification entered by the district court is affirmed

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for essentially the reasons given by the district court.

AFFIRMED.